NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAYSON KALINOWSKI,                )
                                  )
          Appellant,              )
                                  )
v.                                )          Case No. 2D18-800
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____ )

Opinion filed December 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.